1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    GREGORY ERIK MOORE,                        1:05-CV-1448 AWI LJO HC

10              Petitioner,

11       vs.                                    ORDER TO SUBMIT
                                                APPLICATION TO PROCEED
12   KATHY MENDOZA-POWERS,                      IN FORMA PAUPERIS
                                                **OR** FILING FEE
13              Respondent.
     _____/

14

15          Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

16   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

17   application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

18   Accordingly, IT IS HEREBY ORDERED that:

19          1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

20   pauperis.

21          2.  Within thirty days of the date of service of this order, petitioner shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24   IT IS SO ORDERED.

25   **Dated:    December 21, 2005**          _____/s/ Lawrence J. O'Neill_____
     23ehd0                                    UNITED STATES MAGISTRATE JUDGE
26

27

28